IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-00096-CR-W-HFS |
| | ) | |
| AARON F. PEPPLE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

As recently held by the Eighth Circuit in <u>United States v. Mull</u>, Appeal No. 23-3424 (Sept. 3, 2024); affirming, 21-cr-03141-RK, concluding that defendant's Second Amendment challenge to his felon-in-possession indictment is foreclosed by this Circuit's recent opinions in <u>United States v. Jackson</u>, 2024 WL 3711155, at *4 (8th Cir. Aug. 8, 2024); <u>United States v. Lowry</u>, 2024 WL 3819783, at *3 (8th Cir. Aug. 15, 2024); and <u>United States v. Cunningham</u>, 2024 WL 3840135, at * (8th Cir. Aug. 16, 2024).

Having reviewed the record and briefing, I ADOPT the Report and Recommendation "R&R" (Doc. 27) and DENY the motion to dismiss (Doc. 21).

                                                                    */s/ Howard F. Sachs*
                                                           HOWARD F. SACHS
                                                           UNITED STATES DISTRICT JUDGE

Dated: October 4, 2024
Kansas City, Missouri